**Mrs. L. W. ALEXANDER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.***

No. 8588.

Circuit Court of Appeals, Fifth Circuit.

March 28, 1938.

Robert Ash, of Washington, D. C., for petitioner.

S. Dee Hanson, Sewall Key, and J. M. Jones, Sp. Assts. to Atty. Gen., James W. Morris, Asst. Atty. Gen., and Ralph E. Smith, Apl. Atty., Bur. Int. Rev., of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

SIBLEY, Circuit Judge.

This case was submitted under a stipulation that it should abide the decision in Alamo National Bank of San Antonio, Independent Executor of Lewis W. Alexander v. Commissioner of Internal Revenue, 5 Cir., 95 F.2d 622, which has this day been affirmed. It is thereupon ordered that the judgment of the Board of Tax Appeals in the present case be likewise affirmed.

*Writ of certiorari denied 58 S.Ct. 1047, 82 L.Ed. —.